UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. __-cv-____ (___/___)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MINNEAPOLIS,<br><br>    Defendant. | Civil Action No. __ |

  Plaintiff, the United States of America, and Defendant, the City of Minneapolis, have agreed upon and jointly move the Court to approve and enter the attached Consent Decree as an Order of this Court. The proposed Consent Decree would resolve litigation initiated by the United States with the concurrent filing of a complaint pursuant to the Violent Crime Control and Law Enforcement Act of 1994, 34 U.S.C. § 12601; Title VI of the 1964 Civil Rights Act, 42 U.S.C. § 2000d; the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. § 10228; and Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131–12134.

Respectfully submitted,

| | |
|---|---|
| Dated: January 6, 2025 | Dated: January 6, 2025 |

*United States of America Counsel*  *City of Minneapolis Counsel*

| | |
|---|---|
| KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division | *s/ Kristyn Anderson*<br>KRISTYN ANDERSON (#0267752)<br>Minneapolis City Attorney |
| REGAN RUSH<br>Chief, Special Litigation Section<br>Civil Rights Division | ADAM E. SZYMANSKI (#0397704)<br>Assistant Minneapolis City Attorney<br>Minneapolis City Attorney's Office<br>350 S. 5th Street, Room 210 |
| CYNTHIA COE<br>Deputy Chief, Special Litigation Section<br>Civil Rights Division | Minneapolis, MN 55415<br>(612) 673-3000 |

*s/ Katie Chamblee-Ryan*
KATIE CHAMBLEE-RYAN
PATRICK KENT
DANA PAIKOWSKY
LILY SAWYER-KAPLAN
AMY SENIER
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 598-0538
katherine.chamblee-ryan@usdoj.gov

ANA VOSS
Chief, Civil Division
*Attorney for the United States*
*Acting Under Authority Conferred*
*by 28 U.S.C. § 515*

*s/ Bahram Samie*
BY: BAHRAM SAMIE (#392645)
Deputy Chief, Civil Division
United States Attorney's Office
District of Minnesota

KRISTEN E. RAU (#0397907)
Assistant U.S. Attorney
United States Attorney's Office
District of Minnesota
300 S. 4th Street
Minneapolis, MN 55415
(612) 664-5600
bahram.samie@usdoj.gov