UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00048 (PAM/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| CITY OF MINNEAPOLIS, | |
| Defendant. | |

**UNITED STATES' MOTION FOR A TEMPORARY
STAY OF PROCEEDINGS**

Plaintiff the United States of America, through undersigned counsel, respectfully moves that the Court to temporarily stay proceedings in this matter for thirty days, until March 20, 2025. This motion is based on the entire record of proceedings herein. A memorandum of law and a proposed order are also submitted in support of this motion.

Respectfully submitted,

DATED: February 18, 2025

| | |
|---|---|
| KATHLEEN P. WOLFE<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>REGAN RUSH<br>Chief<br>Special Litigation Section<br><br>CYNTHIA COE<br>Deputy Chief<br>Special Litigation Section<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br>(202) 514-6255<br>cynthia.coe@usdoj.gov | ANA H. VOSS<br>Chief, Civil Division<br>*Attorney for the United States*<br>*Acting Under Authority Conferred*<br>*by 28 U.S.C. § 515*<br><br>*/s/Bahram Samie*<br>BY: BAHRAM SAMIE (#0392645)<br>Deputy Civil Chief<br>KRISTEN E. RAU (#0397907)<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>District of Minnesota<br>600 U.S. Courthouse<br>300 S. Fourth St.<br>Minneapolis, MN 55415<br>(612) 664-5630<br>bahram.samie@usdoj.gov<br><br>*Attorneys for Plaintiff*<br>*United States of America* |