UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00048 (PAM/DLM)

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CITY OF MINNEAPOLIS,

                Defendant.

## PROPOSED ORDER

Before the Court is Plaintiff United States of America's motion for a temporary thirty-day stay in this matter. Based upon review of the file and for good cause shown, the Court hereby stays this litigation until March 20, 2025.

Dated:

_____
PAUL A. MAGNUSON
United States District Court Judge