UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civ. No. 25-48 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, | |
| Defendant. | |

This matter is before the Court on the United States's Motion for a Temporary Stay of Proceedings. (Docket No. 23.) The United States seeks a thirty-day stay due to the recent appointment of the new Attorney General of the United States. The City of Minneapolis does not stipulate to the Motion.

At an informal status conference held on January 10, 2025, the Court advised the parties that it would read and review the proposed consent decree over the next sixty days, and then would proceed. This Motion is granted because the proposed stay extends the Court's sixty-day timeline by merely nine days.

Accordingly, **IT IS HEREBY ORDERED that** the United States's request to stay (Docket No. 23) is **GRANTED** and this matter is **STAYED** until March 20, 2025.

Dated: February 19, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge