UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00048 (PAM/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff;<br><br>v.<br><br>CITY OF MINNEAPOLIS,<br><br>  Defendant. | **NOTICE OF WITHDRAWAL** |

TO:   THE CLERK OF THE COURT; and

TO:   ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that attorney Katie Chamblee-Ryan hereby withdraws as counsel of record for the U.S. Department of Justice.

Dated: March 13, 2025

/s/Katie Chamblee-Ryan
Katie Chamblee-Ryan
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 598-0538
katherine.chamblee-ryan@usdoj.gov

ANA VOSS
Chief, Civil Division
*Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515*

s/ Kristen E. Rau

BY:  KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 759-3180
Email: Kristen.Rau@usdoj.gov