UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00048 (PAM/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| CITY OF MINNEAPOLIS, | |
| Defendant. | |

**UNITED STATES' MOTION TO EXTEND THE TEMPORARY STAY OF PROCEEDINGS**

Plaintiff the United States of America, through undersigned counsel, respectfully moves that the Court extend the current temporary stay of proceedings in this matter for an additional 30 days, until April 19, 2025. This motion is based on the entire record of proceedings herein. A memorandum of law and a proposed order are also submitted in support of this motion.

Respectfully submitted,

DATED: March 19, 2025

| | |
|---|---|
| MAC WARNER<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>REGAN RUSH<br>Chief<br>Special Litigation Section<br><br>*/s/ Cynthia Coe*<br>BY: CYNTHIA COE (DC Bar #43879)<br>Deputy Chief<br>Special Litigation Section<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br>(202) 598-9247<br>cynthia.coe@usdoj.gov | ANA H. VOSS<br>Chief, Civil Division<br>*Attorney for the United States*<br>*Acting Under Authority Conferred*<br>*by 28 U.S.C. § 515*<br><br>BAHRAM SAMIE (#0392645)<br>Deputy Civil Chief<br>KRISTEN E. RAU (#0397907)<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>District of Minnesota<br>600 U.S. Courthouse<br>300 S. Fourth St.<br>Minneapolis, MN 55415<br>(612) 664-5630<br>bahram.samie@usdoj.gov<br><br>*Attorneys for Plaintiff*<br>*United States of America* |

2