UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civ. No. 25-48 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, | |
| Defendant. | |

This matter is before the Court on the United States's Motion to Extend the Temporary Stay of Proceedings. (Docket No. 39.) The United States seeks an additional thirty-day stay due so that "leadership within the Department of Justice can more fully understand the current context surrounding this matter." (Docket No. 41 at 3.) The City of Minneapolis opposes the Motion.

The Court finds that the City of Minneapolis will not be injured by an additional stay and that the public interest lies with granting the Motion extending the stay.

Accordingly, **IT IS HEREBY ORDERED that** the United States's request to stay (Docket No. 39) is **GRANTED** and this matter is **STAYED** until April 19, 2025.

Dated: <u>March 20, 2025</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge