UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00048 (PAM/DLM)

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CITY OF MINNEAPOLIS,

                Defendant.

**UNITED STATES' MOTION FOR A TEMPORARY
STAY OF PROCEEDINGS**

Plaintiff the United States of America, through undersigned counsel, respectfully moves that the Court to temporarily stay proceedings in this matter for thirty days, until May 19, 2025. This motion is based on the entire record of proceedings herein. A memorandum of law and a proposed order are also submitted in support of this motion.

                                                          Respectfully submitted,

DATED: April 18, 2025

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division

REGAN RUSH
Chief
Special Litigation Section

*/s/Cynthia Coe*
CYNTHIA COE
Deputy Chief
Special Litigation Section
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(202) 514-6255
cynthia.coe@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*