UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                                    Civ. No. 25-48 (PAM/DLM)

         Plaintiff,

v.                                                                                                          **ORDER**

City of Minneapolis,

         Defendant.

---

    This matter is before the Court on the United States's Motion for a Temporary Stay of Proceedings. (Docket No. 46.) The United States seeks an additional thirty-day stay due to allow Assistant Attorney General Harmeet Dhillon, who was sworn in on April 7, 2025, sufficient time to review this matter. (Docket No. 47 ¶ 13.) The City of Minneapolis opposes the Motion.

    The Court finds that the City of Minneapolis will not be injured by an extension of the stay and that the public interest lies with granting the Motion.

    Accordingly, **IT IS HEREBY ORDERED that** the United States's third request to stay (Docket No. 46) is **GRANTED** and this matter is **STAYED** until May 21, 2025.

Dated: <u>April 21, 2025</u>                                                    *s/ Paul A. Magnuson*
                                                                                                 Paul A. Magnuson
                                                                                                 United States District Court Judge