UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00048 (PAM/DLM)

---

UNITED STATES OF AMERICA,

        Plaintiff;

    v.

CITY OF MINNEAPOLIS,

        Defendant.

**NOTICE OF WITHDRAWAL**

---

TO:    THE CLERK OF THE COURT; and

TO:    ALL PARTIES AND COUNSEL OF RECORD:

    Please take notice that attorneys Cynthia Coe, Dana Paikowsky, Patrick Kent, and Lily

Sawyer-Kaplan withdraw as counsel of record for the U.S. Department of Justice.

Dated: May 2, 2025

                /s/ Dana Paikowsky
                BY: Dana Paikowsky
                Trial Attorney
                United States Department of Justice Civil Rights Division
                4 Constitution Square 150 M Street NE
                Washington, DC 20503
                202-353-5225
                dana.paikowsky@usdoj.gov

                /s/ Cynthia Coe
                Cynthia Coe
                Deputy Chief
                United States Department of Justice Civil Rights Division
                Special Litigation Section
                950 Pennsylvania Avenue, NW Washington, DC 20530
                202-598-9247
                cynthia.coe@usdoj.gov

/s/ Patrick Kent
Patrick Kent
Trial Attorney
United States Department of Justice Civil Rights Division
4 Constitution Square 150 M Street NE
Washington, DC 20503
202-598-6999
patrick.kent@usdoj.gov

/s/ Lily Sawyer-Kaplan
Lily Sawyer-Kaplan
Trial Attorney
United States Department of Justice Civil Rights Division
4 Constitution Square 150 M Street NE
Washington, DC 20503
203-671-9068
lily.sawyer-kaplan@usdoj.gov