UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00048 (PAM/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF MINNEAPOLIS,<br><br>　　　　　　　　　Defendant. | **NOTICE TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |

Please take notice that attorneys Kristen E. Rau and Bahram Samie hereby withdraw as counsel of record for the United States of America. Counsel of record from the United States Department of Justice, Civil Rights Division, Special Litigation Section, will continue to represent the United States in this matter.

Dated: May 14, 2025

　　　　　　　　　　　　　　　　　　　　ANA H. VOSS
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　　　　　　　　*Attorney for the United States*
　　　　　　　　　　　　　　　　　　　　*Acting Under Authority Conferred*
　　　　　　　　　　　　　　　　　　　　*By 28 U.S.C. § 515*

*s/ Kristen E. Rau*　　　　　　　　　　　　*s/ Bahram Samie*
BY:  KRISTEN E. RAU　　　　　　　　　　BY:  BAHRAM SAMIE
Assistant U.S. Attorney　　　　　　　　　　Assistant U.S. Attorney
Attorney ID No. 0397907　　　　　　　　　Attorney ID No. 0392645
600 U.S. Courthouse　　　　　　　　　　　600 U.S. Courthouse
300 South Fourth Street　　　　　　　　　300 South Fourth Street
Minneapolis, MN  55415　　　　　　　　　Minneapolis, MN  55415
(612) 664-5600　　　　　　　　　　　　　(612) 664-5600
Email: Kristen.Rau@usdoj.gov　　　　　　Email: Bahram.Samie@usdoj.gov