UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Civ. No. 25-48 (PAM/DLM)

          Plaintiff,

v.                                                                                    **ORDER**

City of Minneapolis,

          Defendant.
_____

This matter is before the Court on the Notice to Withdraw as Counsel filed by two of the attorneys representing the United States of America. (Docket No. 57.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Notice to Withdraw as Counsel (Docket No. 57) is **GRANTED**; and

2. The Clerk's Office is directed to terminate Kristen E. Rau and Bahram Samie from the docket in this matter.

Dated: May 15, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge