UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-00048 (PAM/DLM)

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CITY OF MINNEAPOLIS,

                Defendant.

**MOTION TO DISMISS AND TO HOLD PROCEEDINGS IN ABEYANCE PENDING RESOLUTION OF THIS MOTION**

Plaintiff, the United States of America, respectfully moves this Court to dismiss this case with prejudice, without ruling on the parties' joint motion for approval of settlement (ECF 2). When a plaintiff seeks to dismiss all claims with prejudice, a court "cannot force [plaintiff] . . . to prosecute its claims . . . " *Master Craft v. Stanley Works*, No. CV 04-132 (JMR/JSM), 2006 WL 8438190, 3 (D. Minn. Apr. 27, 2006), *report and recommendation adopted*, No. CV 04-132 (JMR/JSM), 2006 WL 8438191 (D. Minn. May 30, 2006) (citing *Smoot v. Fox*, 340 F.2d 301, 303 (6th Cir. 1964)). After an extensive review by current Department of Justice and Civil Rights Division leadership, the United States no longer believes that the proposed consent decree would be in the public interest. The United States therefore does not wish to pursue this action any longer and hereby withdraws its support, agreement and concurrence with the Joint

Motion for Approval of Settlement.  The United States will no longer prosecute this matter.

The United States also asks this Court to hold in abeyance any further proceedings pending resolution of this motion.  If the Court needs further information to rule on this motion to dismiss, however, the United States will be prepared to discuss this motion as required by the Court.

Dated May 21, 2025

Respectfully submitted,

ANA H. VOSS
Chief, Civil Division
*Attorney for the United States*
*Acting Under Authority Conferred*
*By 28 U.S.C. § 515*
Attorney ID No. 483656DC
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
ana.voss@usdoj.gov

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JONAS GEISSLER
Acting Deputy Assistant Attorney General

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON
Acting Chief
Special Litigation Section
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
 (202) 514-6255
andrew.darlington@usdoj.gov

Attorneys for Plaintiff
United States of America