UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-00048 (PAM/DLM)

UNITED STATES OF AMERICA,

                          Plaintiff,

    v.

CITY OF MINNEAPOLIS,

                          Defendant.

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies compliance with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h).  The motion has 342 words of type, font size 13.  It was prepared using Microsoft Word, which includes all text, including headings, footnotes and quotations in the word count.

Dated: May 21, 2025

    HARMEET K. DHILLON
    Assistant Attorney General
    Civil Rights Division

    JONAS GEISSLER
    Acting Deputy Assistant Attorney General

    <u>/s/ Andrew M. Darlington</u>
    ANDREW M. DARLINGTON
    Acting Chief
    Special Litigation Section
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    (202) 514-6255
    andrew.darlington@usdoj.gov

    Attorneys for Plaintiff
    United States of America