UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-00048 (PAM/DLM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF MINNEAPOLIS,

    Defendant.

## [PROPOSED] ORDER

Before the Court is Plaintiff United States of America's Motion to Dismiss and to Hold Proceedings in Abeyance Pending Resolution of This Motion. Based upon review of the Motion and for good cause shown, the Court hereby GRANTS the United States' motion. This matter is dismissed with prejudice.

DATED:

    _____
    PAUL A. MAGNUSON
    United States District Court Judge