# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

    Plaintiff,

v.

City of Minneapolis,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-48 PAM/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The United States's Motion to Dismiss (Docket No. 59) is **GRANTED** and this matter is **DISMISSED with prejudice**;1

2. The parties' joint Motion for Approval of Settlement (Docket No. 2) is **DENIED as moot**; and

3. The Police Officers Federation of Minneapolis's Motion to Intervene (Docket No. 20) is **DENIED as moot.**

Date: 5/28/2025

KATE M. FOGARTY, CLERK